WILLIAM DEVINE II, ESQ.
Nevada Bar No. 10874
william@raineydevine.com
MICHAEL GRAVES, ESQ.
Nevada Bar No. 11144
michael@raineydevine.com
THE LAW FIRM OF RAINEY DEVINE
8915 S. Pecos Road, Ste. 20A
Henderson, Nevada 89074
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VICTORINO QUIMSON, an individual;

    *Plaintiff*,

vs.

RECONTRUST COMPANY, N.A., THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates 2005-62; DOES I-X, individuals; and ROE COMPANIES I-X, business entities of unknown origin, inclusive,

    *Defendants*,

Case No: 2:13-cv-00236

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES.**

The following parties hereby stipulate to dismiss this action with prejudice, each party to bear its own costs and fees:

- Plaintiff VICTORINO QUIMSON, by and through his counsel, William C. Devine, II, Esq. of THE LAW FIRM OF RAINEY DEVINE;
- Defendant RECONTRUST COMPANY, N.A., by and through its counsel Jory C. Garabedian, Esq., of MILES, BAUER, BERGSTROM & WINTERS, LLP; and

- Defendant THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates 2005-62, by and through its counsel, Krystal Gallagher, Esq., of HOLLAND AND HART.

DATED this 5th day of September, 2013.

Respectfully Submitted:

THE LAW FIRM OF RAINEY DEVINE

By: _____
WILLIAM DEVINE II, ESQ.
Nevada Bar No. 10874
william@raineydevine.com
8915 S. Pecos Road, Ste. 20A
Henderson, Nevada 89074
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
*Attorneys for Plaintiff*

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: _____
JORY C. GARABEDIAN, ESQ.
Nevada Bar No. 10352
jgarabedian@mileslegal.com
2200 Paseo Verde Parkway, Suite 250
Henderson, Nevada 89052
Telephone:   (702) 369-5960
Facsimile:    (702) 942-0411
*Attorneys for Defendant RECONTRUST COMPANY, N.A*

HOLLAND AND HART, LLP

By: _____
KRYSTAL GALLAGHER, ESQ.
Nevada Bar No. 11573
kjgallagher@hollandhart.com
9555 Hillwood Dr., 2nd Floor
Las Vegas, Nevada 89134
Telephone:   (702) 699-4600
Facsimile:    (702) 669-4650
*Defendant THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as*

RAINEY • DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates 2005-62

### ORDER

This cause coming on the be heard on this date upon the Stipulation for Dismissal with Prejudice, Each Side to Bear Its Own Costs and Fees by the above-named plaintiff and defendants, and the Court having examined said Stipulation and being fully advised of its premises, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the complaint with prejudice, and that the court further finds that all costs have been paid.

**IT IS THEREFORE ORDERED** that the complaint for plaintiff against the defendants be and the same is hereby dismissed with prejudice.

Date: 16    Ugr v04235

_____
UNITED STATES DISTRICT COURT JUDGE
Nrq{f 'F 0I  gq¦i g

RAINEY • DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)