WILLIAM DEVINE II, ESQ.
Nevada Bar No. 10874
*william@raineydevine.com*
MICHAEL GRAVES, ESQ.
Nevada Bar No. 11144
*michael@raineydevine.com*
THE LAW FIRM OF RAINEY DEVINE
8915 S. Pecos Road, Ste. 20A
Henderson, Nevada 89074
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORINO QUIMSON, an individual;<br><br>        *Plaintiff,*<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates 2005-62; DOES I-X, individuals; and ROE COMPANIES I-X, business entities of unknown origin, inclusive,<br><br>        *Defendants,* | Case No: 2:13-cv-00236 |

<u>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES.**</u>

      The following parties hereby stipulate to dismiss this action with prejudice, each party to bear its own costs and fees:

- Plaintiff VICTORINO QUIMSON, by and through his counsel, William C. Devine, II, Esq. of THE LAW FIRM OF RAINEY DEVINE;

- Defendant RECONTRUST COMPANY, N.A., by and through its counsel Jory C. Garabedian, Esq., of MILES, BAUER, BERGSTROM & WINTERS, LLP; and

RAINEY ● DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

- Defendant THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage Pass-Through Certificates 2005-62, by and through its counsel, Krystal Gallagher, Esq., of HOLLAND AND HART.

DATED this 5th day of September, 2013.

Respectfully Submitted:

THE LAW FIRM OF RAINEY DEVINE

By: _____
WILLIAM DEVINE II, ESQ.
Nevada Bar No. 10874
william@raineydevine.com
8915 S. Pecos Road, Ste. 20A
Henderson, Nevada 89074
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
*Attorneys for Plaintiff*

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: _____
JORY C. GARABEDIAN, ESQ.
Nevada Bar No. 10352
jgarabedian@mileslegal.com
2200 Paseo Verde Parkway, Suite 250
Henderson, Nevada 89052
Telephone:    (702) 369-5960
Facsimile:    (702) 942-0411
*Attorneys for Defendant RECONTRUST COMPANY, N.A*

HOLLAND AND HART, LLP

By: _____
KRYSTAL GALLAGHER, ESQ.
Nevada Bar No. 11573
kjgallagher@hollandhart.com
9555 Hillwood Dr., 2nd Floor
Las Vegas, Nevada  89134
Telephone:    (702) 699-4600
Facsimile:    (702) 669-4650
*Defendant THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as*

RAINEY • DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

-2-

1  *trustee, on behalf of the holders of the*
*Alternative Loan Trust 2005-62, Mortgage*
2  *Pass-Through Certificates 2005-62*

3  ## ORDER

4  This cause coming on the be heard on this date upon the Stipulation for Dismissal with

5  Prejudice, Each Side to Bear Its Own Costs and Fees by the above-named plaintiff and

6  defendants, and the Court having examined said Stipulation and being fully advised of its

7  premises, finds that this cause of action has been fully compromised and settled and the parties

8  have stipulated and agreed to dismissal of the complaint with prejudice, and that the court

9  further finds that all costs have been paid.

10  **IT IS THEREFORE ORDERED** that the complaint for plaintiff against the defendants be

11  and the same is hereby dismissed with prejudice.

12  Date: 16 Ugr v04235

13  _____
UNITED STATES DISTRICT COURT JUDGE

14  Nrq{ f 'F 0I g q1 g

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RAINEY • DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)